# Court of Appeals
# of the State of Georgia

ATLANTA, December 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0844. LETTISA WILLIS v. LGC HOSPITALITY STAFFING.**

Plaintiff Lettisa Willis appeals directly to this Court from the trial court's order denying her motion for default judgment and granting defendant LGC Hospitality Staffing's motion to open default. But this action remains pending below and therefore Willis was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Willis's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 12/23/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*